AFFIRM; Opinion Filed November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00591-CR
No. 05-12-00592-CR

## BRUCE KEVIN CONWAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-57835-M, F10-61538-M**

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion by Justice FitzGerald

Bruce Kevin Conway was convicted of possession with intent to deliver cocaine in an amount of four grams or more but less than 200 grams and possession with intent to deliver cocaine in an amount of one gram or more but less than four grams. Punishment was assessed in the first case at ten years' imprisonment. Punishment was assessed in the second case at ten years' imprisonment and a $2,000 fine. We adopted the trial court's finding that appellant no longer desires to pursue the appeals and we ordered the appeals submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4). Absent briefs no issues are before us.

Finding no fundamental error, we affirm the trial court's judgments.


KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120591F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRUCE KEVIN CONWAY, Appellant

No. 05-12-00591-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F07-57835-M).
Opinion delivered by Justice FitzGerald,
Justices O'Neill and Lang-Miers
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.


Judgment entered November 14, 2012.

KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRUCE KEVIN CONWAY, Appellant

No. 05-12-00592-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-61538-M).
Opinion delivered by Justice FitzGerald,
Justices O'Neill and Lang-Miers
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.


Judgment entered November 14, 2012.


KERRY P. FITZGERALD
JUSTICE